# EXHIBIT A

MENU

# Accounts

## Dailyhumor_4u

4.4M Followers
- +70K Followers Weekly
- 200 Million Weekly impressions
- 74% USA Audience

 ADVERTISE ON DAILYHUMOR!

MENU



# Thefuck.tv

**1.3M+ Total Followers | 10k Daily New Followers**
**- 50 Million Weekly impressions**
**- 75% USA Audience**

ADVERTISE ON THEFUCK.TV!

MENU



Any questions? Don't hesitate to contact us!

Send us a message and one of our team members will try to get back to you as quick as possible.

CONTACT US

© 2018. Lit Media Group.

All Rights Reserved.





7:56

# thefuck.tv

| 2,629 | 2.1M | 140 |
|---|---|---|
| Posts | Followers | Following |

**The Fuck . . .**
🤯 Videos that make you go WTF
🚫 FOLLOW @CEO TO BE ACCEPTED 🚫

Submit your video 👇
bit.ly/videosubmit
Followed by **insta.single**, **alicedoodledoo318** and **8 others**

**Follow** **Message**

Fashion Nova 🎥 SUBMIT

  

  







Search

**dailyhumor_4u**   Follow   ...

23,860 posts     5.3m followers     179 following

**Dailyhumor**
Your Daily Dose of Humor
🚫 FOLLOW @CEO TO BE ACCEPTED 🚫
No Copyright Intended (DM to Remove)
_____
👇 Submit Your Videos
**dailyhumor.co**

Followed by **streetvines**, **schoolfeeling**, **epicfunnypage** + 27 more

**This Account is Private**

Follow to see their photos and videos.