# EXHIBIT C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dog of wisdom
Search Results: Displaying 1 of 1 entries





*Dog of Wisdom.*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002196358 / 2019-06-21 |
| **Application Title:** | Dog of Wisdom. |
| **Title:** | Dog of Wisdom. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Jonathan Gran. Address: 105 Cathedral Ave, Hempstead, NY, 11550, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-06-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jonathan Gran; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Gran, Jonathan |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▼   Format for Print/Save

Enter your email address:  Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page