JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JONATHAN GRAN, an individual<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>LIT MEDIA GROUP, LLC, a California limited liability company; ANTHONY RENE VILLALOBOS, an individual; and DOES 1-10,<br><br>Defendants/Counter-Claimants. | Case No. CV 19-07671-AB (JCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

//

//

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 25, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE